United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGEB Y. HUSSAIN,<br>Plaintiff,<br>v.<br>PEGGY OTUM, et al.,<br>Defendants. | Case No. 26-cv-03238-EMC<br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>Docket No. 10 |

Before the Court is Magistrate Judge Beeler's Report and Recommendation to dismiss Plaintiff Mageb Y. Hussain's complaint without prejudice.

Plaintiff, who is representing himself and proceeding in forma pauperis, sued the California State Bar, Bay Area Legal Aid, Peggy Otum, and Antonia More, alleging religious discrimination and requesting records from the defendants about his requests for their services. Dkt. No. 1. Because Plaintiff is proceeding in forma pauperis, Judge Beeler screened the case under 28 U.S.C. § 1915(e)(2)(B) and issued an order identifying deficiencies in the complaint. Dkt. No. 9. Judge Beeler allowed Plaintiff until September 7, 2026, to amend the complaint. He did not. On September 15, 2026, Judge Beeler requested reassignment to a district judge and recommended dismissal due to Plaintiff's failure to state a claim. Dkt. No. 10. Objections to Judge Beeler's Report and Recommendation were due by September 29, 2026. Because Plaintiff is not an efiler, the deadline to respond was extended three days to October 2, 2026. Fed. R. Civ. P. 6(d); Civil L.R. 6(d). Plaintiff did not file an objection.

/

/

/

The Court finds Judge Beeler's Report and Recommendation thorough, well-reasoned, and accurate. The Court therefore adopts the Report and Recommendation. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: October 5, 2026

EDWARD M. CHEN
United States District Judge